Matter of Kurell B. v Tiffany C.B. (2025 NY Slip Op 01568)

Matter of Kurell B. v Tiffany C.B.

2025 NY Slip Op 01568

Decided on March 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 18, 2025

Before: Webber, J.P., Friedman, González, Scarpulla, Michael, JJ. 

Docket No. V-29171-18/23|Appeal No. 3911|Case No. 2024-01326|

[*1]In the Matter of Kurell B., Petitioner-Appellant,
v
Tiffany C.B., Respondent-Respondent.

Law Office of Lewis S. Calderon, Jamaica (Lewis S. Calderon of counsel), for appellant.

Appeal from order, Family Court, Bronx County (Janette Cortes-Gomez, J.), entered on or about February 1, 2024, which granted respondent mother's application to dismiss the father's violation-enforcement petition based upon a lack of jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act, unanimously dismissed, without costs, as taken from a nonappealable order.
The order dismissing the petition is not appealable as of right because it did not decide a motion made on notice (see CPLR 5701[a][2][v]; Sholes v Meagher, 100 NY2d 333, 335 [2003]). The proper procedure for seeking review of such an order is to first move to vacate the order, and then take an appeal as of right in accordance with CPLR 5701(a)(3) from the subsequent order, based on the record developed on the motion (see Sholes, 100 NY2d at 335; Board of Educ. of the City Sch. Dist. of the City of NY v Grullon, 117 AD3d 572, 573 [1st Dept 2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 18, 2025